UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
APR 17 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: NANETTE SUE DUVALLE-JONES )
) Case No. 02-29940 RSB
)
)
)
)
)
Debtor(s). )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. §347(a), 28 U.S.C. §2042, and the application of **ASSET RECOVERY TRUST**, seeking payment of funds previously unclaimed by **DENISE MILLER (sic)** (creditor/claimant's name) in the above-entitled case. It appears from the application and supporting documentation that **DANICE MILLER** is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $ 2,567.71 from the TREASURY REGISTRY FUND to:

DANICE MILLER
C/O ASSET RECOVERY TRUST
2973 HARBOR BLVD. #200
COSTA MESA, CA 92626

DATED: APR 17 2007

/s/ Robert Bardwil
UNITED STATES BANKRUPTCY JUDGE

EDC 6-950 (New 11/01)

89